

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00774-CV

**IN THE ESTATE OF** William H. **MCNUTT**

From the County Court, Kimble County, Texas
Trial Court No. 2284
Honorable Joe Loving Jr., Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Appellant Sherry McNutt.

SIGNED December 27, 2019.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Delbert R. Roberts is the presiding judge of the Kimble County Court.